IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 15-23380-JAD |
| MEHRDAD EMAMZADEH, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| MEHRDAD EMAMZADEH, | : | |
| Movant, | : | Related Doc. No. 23 |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA; VERIPRO SOLUTIONS, | : | |
| Respondents. | : | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated NOVEMBER 2, 2015, was entered in the above matter at Document No. 23 ("LMP Authorization Order"), wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage

modification. Under these circumstances, the Debtor and counsel to the Debtor are **directed**, **within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the *extraordinary circumstances* causing the failure of the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 12th day of August 2016.

BY THE COURT,

JEFFERY A. DELLER    sjk
**Chief United States Bankruptcy Judge**

FILED
8/12/16 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mehrdad Emamzadeh
    Debtor

Case No. 15-23380-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 12, 2016
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db     +Mehrdad Emamzadeh,   156 Kenyon Road,   Pittsburgh, PA 15205-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    David Z. Valencik    on behalf of Debtor Mehrdad  Emamzadeh dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
    Donald R. Calaiaro    on behalf of Plaintiff Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
    Donald R. Calaiaro    on behalf of Debtor Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
    Joseph A. Dessoye    on behalf of Creditor    Bank Of America N.A. Et al., pawb@fedphe.com
    Matthew Travis Eyet    on behalf of Creditor    Nationstar Mortgage LLC meyet@sandelandslaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    TOTAL: 10