# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

Debtor: MEHRDAD EMAMZADEH
Case Number: 15-23380-JAD    Chapter: 13
Date / Time / Room: WEDNESDAY, SEPTEMBER 07, 2016 09:30 AM   COURTROOM D
Bankruptcy Judge: JEFFERY A. DELLER
Courtroom Clerk: SCOTT KOZAR
Reporter / ECR: N/A

**Matter:**

Fifth Motion To Extend The Loss Mitigation Period filed by Debtor
- No Response Filed [Due 8/31/2016]
R / M #:  56 / 0

**Appearances:**

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): David Z. Valencik, Esq.
CREDITOR:

**Proceedings:**

✓ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
9/7/16 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge