# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MEHRDAD EMAMZADEH
**Case Number:** 15-23380-JAD        **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 22, 2016 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#4 - Continued Confirmation of Plan Dated 9/14/2015 - NFC
R / M #: 4 / 0

### Appearances:

*Valencik*

Debtor:
Trustee: Winnecour / Bedford / **Pall** / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/5/17__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

SEP 26 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

9/14/2016  12:34:23PM