# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No.** 15-23380 JAD |
| Mehrdad Emamzadeh, | : | |
| **Debtor,** | : | **Chapter** 13 |
| Mehrdad Emamzadeh, | : | |
| **Movant,** | : | **Related to Document No.** 69-67 |
| v. | : | **Hearing Date:** 12/14/16 @ 9:00 a.m. |
| Nationstar Mortgage, LLC, | : | **Response Due:** 12/09/16 |
| **Respondent.** | : | **Document No.** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE OF ORDER SETTING DATE CERTAIN FOR RESONSE AND HEARING ON SIXTH MOTION TO EXTEND THE LOSS MITIGATION PERIOD

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 29, 2016.

**Service by First Class Mail**:
Mehrdad Emamzadeh, 156 Kenyon Road, Pittsburgh, PA  15205

**Service by Electronic Notification**:
Peter J. Ashcroft, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

**The Sixth Motion to Extend the Loss Mitigation Period was served on the above parties by first class mail or electronic notification on November 18, 2016.**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** November 29, 2016        /s/ David Z. Valencik
**David Z. Valencik, Esq. PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**