# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- **Debtor:** MEHRDAD EMAMZADEH
- **Case Number:** 15-23380-JAD  **Chapter:** 13
- **Date / Time / Room:** WEDNESDAY, DECEMBER 14, 2016 09:00 AM   COURTROOM D
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** SCOTT KOZAR
- **Reporter / ECR:** N/A

**Matter:**

Sixth Motion To Extend The Loss Mitigation Period filed by Debtor
- No Response Filed [Due 12/9/2016]
R / M #:  67 / 0

**Appearances:**

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): David Z. Valencik, Esq.
CREDITOR:

**Proceedings:**

_____ Motion IS GRANTED  _____ DENIED
_____ Special Type Of Order:
__X__ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at _____
  _____ To Conciliation Conference For _____ at _____
  _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY / JURY
  _____ Simple / Pretrial Order - NONJURY / JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
12/14/16 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge