# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | :**Bankruptcy No.** 15-23380 JAD |
| Mehrdad Emamzadeh, | : |
| **Debtor,** | : **Chapter** 13 |
| Mehrdad Emamzadeh, | : |
| **Movant,** | : **Related to Document No.** 77-76 |
| **v.** | : **Hearing Date:** 03/08/2017 @ 9:00a.m. |
| Nationstar Mortgage, LLC, | : **Response Due:** 02/28/17 |
| **Respondent.** | : **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
### Seventh Motion to Extend the Loss Mitigation Period- Document No. 76

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Seventh Motion to Extend the Loss Mitigation Period** filed on **February 1, 2017,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Seventh Motion to Extend the Loss Mitigation Period** appears thereon. Pursuant to the Notice of Hearing, objections to the **Seventh Motion to Extend the Loss Mitigation Period** were to be filed and served no later than **February 28, 2017.**

It is hereby respectfully requested that the Order attached to the **Seventh Motion to Extend the Loss Mitigation Period** be entered by the Court.

Date: March 1, 2017

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**