**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No.** 15-23380 JAD |
| Mehrdad Emamzadeh, | : | |
| **Debtor,** | : | **Chapter** 13 |
| Mehrdad Emamzadeh, | : | |
| **Movant,** | : | **Related to Document No.** 72-23 |
| v. | : | |
| Nationstar Mortgage, LLC, | : | |
| **Respondent.** | : | **Document No.** |

### ORDER

A *Loss Mitigation Order* dated November 2, 2015, was entered in the above matter at Document No. 23. On January 31, 2017, a **Motion to Extend the Loss Mitigation Period** was filed by Mehrdad Emamzadeh at Document No. __76__.

**AND NOW**, this __2nd__ day of __March__, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended until March 31, 2017.*

sjk

Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

FILED
3/2/17 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mehrdad Emamzadeh
    Debtor

Case No. 15-23380-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 02, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
db        +Mehrdad Emamzadeh,   156 Kenyon Road,   Pittsburgh, PA 15205-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David Z. Valencik    on behalf of Debtor Mehrdad   Emamzadeh dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Mehrdad   Emamzadeh dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Mehrdad   Emamzadeh dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joseph A. Dessoye    on behalf of Creditor    Bank Of America N.A. Et al., pawb@fedphe.com
          Matthew Travis Eyet    on behalf of Creditor    Nationstar Mortgage LLC meyet@sandelandslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11