# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MEHRDAD EMAMZADEH
**Case Number:** 15-23380-JAD     **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 13, 2017 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/17/17 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#4 - Continued Confirmation of Plan Dated 9/14/2015  (NFC)
R / M #:  4 / 0

### *Appearances:*

**Debtor:** Valencia
**Trustee:** Winnecour / (Bedford) / Pail / Katz
**Creditor:**

Loan Mod has been denied.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __5-31-17__
   Objections are due on or before __6-22-17__
   A hearing on the Amended Plan is set for __6-29-17__ at __11:00__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2017    1:22:33PM