**Form 005**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mehrdad Emamzadeh**
  Debtor(s)

Bankruptcy Case No.: 15–23380–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: June 29, 2017 at 11:00 AM

## ORDER

On April 13, 2017, a Conciliation Conference was conducted on the September 14, 2015 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **17th day of April, 2017**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

    (1) ***On or before May 31, 2017,*** the Debtor(s) shall file and serve a copy of this ***Order*** and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

    (2) ***On or before June 16, 2017,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

    (3) ***On June 29, 2017 at 11:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    (4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    (5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

    (6)

Dated: April 17, 2017

                  Jeffery A. Deller
                  United States Bankruptcy Judge

cm: Debtor
    David Valencik, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mehrdad Emamzadeh  
     Debtor  

Case No. 15-23380-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Apr 17, 2017  
                 Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
db        +Mehrdad Emamzadeh,    156 Kenyon Road,    Pittsburgh, PA 15205-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        David Z. Valencik   on behalf of Debtor Mehrdad  Emamzadeh dvalencik@c-vlaw.com,  
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
        Donald R. Calaiaro   on behalf of Plaintiff Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com,  
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
        Donald R. Calaiaro   on behalf of Debtor Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com,  
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Joseph A. Dessoye   on behalf of Creditor   Bank Of America N.A. Et al., pawb@fedphe.com  
        Matthew Travis Eyet   on behalf of Creditor   Nationstar Mortgage LLC meyet@sandelandslaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                          TOTAL: 11