**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Mehrdad Emamzadeh,

               **Debtor.**

: **Bankruptcy No.** 15-23380 JAD
: **Chapter** 13
: **Related to Document No.** 89 and 91
: **Conciliation Conf:** 06/29/17 @ 11:00 am
: **Objection Due:** 06/26/17
: **Document No.**

**CERTIFICATE OF SERVICE of Amended Chapter 13 Plan**
**Dated June 7, 2017, and Order Dated June 8, 2017**

       I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 8, 2017.

MAILING MATRIX

       The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

       If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Date: June 8, 2017

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**