**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-23380 JAD |
| Mehrdad Emamzadeh, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Standing Chapter 13 Trustee and | ) |
| Mehrdad Emamzadeh, | ) **Related Document No.** 97 |
| **Movants,** | ) |
| vs. | ) |
| Web.com Group, Inc., | ) |
| **Respondent.** | ) Document No. |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number
and the Wage Attachment Order dated July 6, 2017**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 7, 2017.

**Service via NEF**:
Web.com Group, Inc., ATTENTION: Angela Hattaway, Payroll Manager, 12808 Gran Bay Parkway West, Jacksonville, FL  32258

Mehrdad Emamzadeh, 156 Kenyon Road, Pittsburgh, PA 15205

**Service via First-Class Mail:**
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**DATE:**  July 7, 2017   **BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**

**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-23380 JAD |
| Mehrdad Emamzadeh, | ) |
| **Debtor.** | ) **Chapter** 13 |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **Web.com Group, Inc.**

Debtor's name:  **Mehrdad Emamzadeh**

Debtor's nine digit social security number:  **xxx-xx-3961** (full number on Notification to Employer)

Debtor's address: **156 Kenyon Road, Pittsburgh, PA 15205**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the Debtor's wages. The Debtor's social security number is being provided to assist in complying with the Court Order.

**DATE:**  July 7, 2017

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**