**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mehrdad Emamzadeh,<br>    **Debtor,**<br>Standing Chapter 13 Trustee and<br>Mehrdad Emamzadeh,<br>    **Movants,**<br>        vs.<br>Web.com Group, Inc.,<br>    **Respondent.** | ) **Bankruptcy No.** 15-23380 JAD<br>)<br>) **Chapter** 13<br>)<br>) **Document No.**   95<br>)<br>)<br>)<br>)<br>) |

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from whom the Debtor, **Mehrdad Emamzadeh**, receives income:

> Web.com Group, Inc.
> ATTENTION: Angela Hattaway, Payroll Manager
> 12808 Gran Bay Parkway West
> Jacksonville, FL  32258

shall deduct from that income the sum of **$1,766.77 bi-weekly** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL  60689-4002

**IT IS FURTHER ORDERED** that the above-named entity notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12 that includes the Debtor's full social security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administrations of this attachment order, except as may be allowed upon application to and order of this Court.

**IT IS FURTHER ORDERED** that the debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Employers and others who fail to withhold funds and pay them over to the trustee as Ordered herein may be subject to sanctions including damages to debtor(s) and his estate.

Dated this ___6th___ day of _____July_____, 2017.

_____sjk
**Jeffery A. Deller, Chief Judge
United States Bankruptcy Judge**

FILED
7/6/17 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                        Case No. 15-23380-JAD
Mehrdad Emamzadeh                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1           Date Rcvd: Jul 06, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db             +Mehrdad Emamzadeh,    156 Kenyon Road,    Pittsburgh, PA 15205-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Z. Valencik    on behalf of Debtor Mehrdad   Emamzadeh dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Mehrdad   Emamzadeh dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Mehrdad   Emamzadeh dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    Bank Of America N.A. Et al., pawb@fedphe.com
              Matthew Travis Eyet    on behalf of Creditor    Nationstar Mortgage LLC meyet@sandelandslaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11