IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MEHRDAD EMAMZADEH,<br><br>      Debtor,<br><br>CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI,<br><br>      Movant,<br><br>v.<br><br>MEHRDAD EMAMZADEH, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee,<br><br>      Respondents | Bankruptcy No. 15-23380-JAD<br><br>Chapter 13<br><br>Related to Document No. 100 |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## MOTION TO ALLOW LATE-FILED CLAIM

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an Order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than August 7, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedure of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on Tuesday, September 19, 2017 at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8102
Fax:    (412) 456-8135
Email: lshipkovitz@bernsteinlaw.com

Counsel for Citibank, N.A.

Date of service:  July 19, 2017