IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-23380-JAD |
| MEHRDAD EMAMZADEH, | Chapter 13 |
| Debtor, | Related to Document Nos. 100 and 101 |
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI, | |
| Movant, | |
| v. | |
| MEHRDAD EMAMZADEH, and RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE-FILED CLAIM
AND NOTICE OF HEARING WITH RESPONSE DEADLINE

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on July 19, 2017.

    The types of service made on the parties were:

By First-Class Mail:

Mehrdad Emamzadeh
156 Kenyon Road
Pittsburgh, PA 15205

and:

By Electronic Notification:

| | |
|---|---|
| Donald R. Calaiaro, Esq. | dcalaiaro@c-vlaw.com |
| David Z. Valencik, Esq. | dvalencik@c-vlaw.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8102
Fax:    (412) 456-8135
Email: lshipkovitz@bernsteinlaw.com

Counsel for Citibank, N.A.