# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MEHRDAD EMAMZADEH | | |
| **Case Number:** | 15-23380-JAD | **Chapter:** 13 | |
| **Date / Time / Room:** | THURSDAY, OCTOBER 05, 2017 11:00 AM  3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
10/11/17 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#89 - Continued Confirmation of Plan Dated 6/7/2017 (NFC)

R / M #:  89 / 0

### *Appearances:*

Valencik

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _2/22/18_ at _11:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/29/2017  10:23:53AM