# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MEHRDAD EMAMZADEH
**Case Number:** 15-23380-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/26/18 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#89 - Continued Confirmation of Plan Dated 6/7/2017 (NFC)
R / M #: 89 / 0

### *Appearances:* Valencik

Debtor:
Trustee: (Winnecour) / Pail / Katz
Creditor:

### *Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5-24-18 at 11_____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/16/2018   1:57:29PM