# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | MEHRDAD EMAMZADEH |
| **Case Number:** | 15-23380-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2018 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/25/18 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#89 - Continued Confirmation of Plan Dated 6/7/2017 (NFC)
R / M #: 89 / 0

*Appearances:*

Valencik

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __9/13/18__ at __11:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/14/2018  11:18:21 AM