# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | MEHRDAD EMAMZADEH |
| Case Number: | 15-23380-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 13, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/18/18 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#89 - Continued Confirmation of Plan Dated 6/7/2017 (NFC)
R / M #:  89 / 0

**Appearances:**

Debtor: Valencik
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[Handwritten note: Debtor was denied LMP - trying to find alternative financing.]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __12/6/18__ at __11:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/7/2018    8:40:00AM