## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | MEHRDAD EMAMZADEH |
| **Case Number:** | 15-23380-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 06, 2018 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/6/18 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#89 - Continued Confirmation of Plan Dated 6/7/2017 (NFC)
R / M #:  89 / 0

### *Appearances:*

Debtor:      Valencik
Trustee:  Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____.
         A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing:  1/24/19  at  11:00 .
10. _____ Other:

lost job.
Not feasible
House not needed.
0% to unsecured creditors

11/30/201! 3:35:20PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mehrdad Emamzadeh
     Debtor

Case No. 15-23380-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Dec 06, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db           +Mehrdad Emamzadeh,    156 Kenyon Road,    Pittsburgh, PA 15205-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
       David Z. Valencik    on behalf of Debtor Mehrdad Emamzadeh dvalencik@c-vlaw.com,
        cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
       Donald R. Calaiaro    on behalf of Plaintiff Mehrdad Emamzadeh dcalaiaro@c-vlaw.com,
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
       Donald R. Calaiaro    on behalf of Debtor Mehrdad Emamzadeh dcalaiaro@c-vlaw.com,
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
       Joseph A. Dessoye    on behalf of Creditor    Bank Of America N.A. Et al., pawb@fedphe.com
       Lara Shipkovitz Martin    on behalf of Creditor    Citibank, N.A., lmartin@bernsteinlaw.com,
        cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
       Matthew Travis Eyet    on behalf of Creditor    Nationstar Mortgage LLC meyet@sandelandslaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                          TOTAL: 12