# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- **Debtor:** MEHRDAD EMAMZADEH
- **Case Number:** 15-23380-JAD    **Chapter:** 13
- **Date / Time / Room:** WEDNESDAY, MARCH 06, 2019 10:30 AM    COURTROOM D
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** SCOTT KOZAR
- **Reporter / ECR:** N/A

**Matter:**

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 6/7/2017
- Conciliation Minutes from 6/29/2017 @ Doc. #94
- Conciliation Minutes from 10/5/2017 @ Doc. #106
- Conciliation Minutes from 2/22/2018 @ Doc. #111
- Conciliation Minutes from 5/24/2018 @ Doc. #112
- Conciliation Minutes from 9/13/2018 @ Doc. #113
- Conciliation Minutes from 12/6/2018 @ Doc. #114 - to Contested on 1/11/2019
- Consent Order Entered 1/9/2019 Continuing to 2/6/2019
- Text Order Entered 2/1/2019 Continuing to 3/6/2019

R / M #: 89 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE ✓
DEBTOR(S): Donald R. Calafaro, Esq.
CREDITOR:

**Proceedings:**

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/8/19 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge