# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MEHRDAD EMAMZADEH
**Case Number:** 15-23380-JAD   **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, MAY 01, 2019 10:30 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 6/7/2017
- Conciliation Minutes from 6/29/2017 @ Doc. #94
- Conciliation Minutes from 10/5/2017 @ Doc. #106
- Conciliation Minutes from 2/22/2018 @ Doc. #111
- Conciliation Minutes from 5/24/2018 @ Doc. #112
- Conciliation Minutes from 9/13/2018 @ Doc. #113
- Conciliation Minutes from 12/6/2018 @ Doc. #114 - to Contested on 1/11/2019
- Consent Order Entered 1/9/2019 Continuing to 2/6/2019
- Text Order Entered 2/1/2019 Continuing to 3/6/2019
- Hearing Held 3/6/2019 - Continued to 5/1/2019
R / M #: 89 / 0

FILED
5/2/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Donald R. Calaiaro, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at ____ AM/PM at _____
  ___ To Conciliation Conference For _____ at ____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:   * ORDER
Confirmation is denied. An Order shall be entered that dismisses this case without prejudice.

JEFFERY A. DELLER
U.S. Bankruptcy Judge
5-1-2019