IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| MEHRDAD EMAMZADEH, | : | Bankruptcy No. 15-23380JAD |
| | : | Related to Doc. #89 |
| | : | Chapter 13 |
| Debtor(s) | : | Per the 5/1/2019 Proceeding |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

AND NOW, this **2nd** day of **May, 2019**, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

FILED
5/2/19 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00025713

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-23380-JAD
Mehrdad Emamzadeh                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: May 02, 2019
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db          +Mehrdad Emamzadeh,   156 Kenyon Road,   Pittsburgh, PA 15205-1719
cr          +BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
cr          +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
              Pittsburgh, PA 15212-5860
14106753    +Alcosan,   P.O. Box 747091,   Pittsburgh, PA 15274-7091
14106754    +Bank of America, N.A. Succesor,   By Merger To BAC Home Loans Servicing,   7105 Corporate Drive,
              Plano, TX 75024-4100
14106755    +Duquesne Light,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15122
14106756    +Marjan Hekmat,   156 Kenyon Road,   Pittsburgh, PA 15205-1719
14106757    +Montour School District,   Thornburg Borouh ARea,   Jordan TAx Service, Inc.,   102 Rahway Road,
              Canonsburg, PA 15317-3349
14664292    +Nationstar Mortgage, LLC,   PO Box 619094,   Dallas TX 75261-9094
14110990    +Nelnet on behalf of College Assist,   College Assist,   1560 Broadway Suite 1700,
              Denver CO 80202-5159
14106761    +PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
14106759     Pennsylvania American Water,   P.O. Box 371412,   Pittsburgh, PA 15250-7412
14106760     Peoples Natural Gas,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14106762    +Subaru Motors Finance c/o Chase,   P.O. Box 78101,   Phoenix, AZ 85062-8101
14744929    +US Bank Trust National Association as Trustee,   c/o BSI Financial Services,
              1425 Greenway Dr., ste 400,   Irving TX 75038-2480
14106763    +Veripro Solutions,   P.O. Box 3572,   Coppell, TX 75019-5538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: kburkley@bernsteinlaw.com May 03 2019 02:29:24     Duquesne Light Company,
              411 Seventh Ave. (16-1),   Pittsburgh, PA 15219-1942
14143759     E-mail/Text: bk.notifications@jpmchase.com May 03 2019 02:28:21     JPMorgan Chase Bank,N.A.,
              POB 29505 AZ1-1191,    phoenix az 85038-9505
14106758    +E-mail/Text: electronicbkydocs@nelnet.net May 03 2019 02:28:54     Nelnet,   P.O. Box 2877,
              Omaha, NE 68103-2877
14126711    +E-mail/Text: csc.bankruptcy@amwater.com May 03 2019 02:29:26     Pa. American Water,
              PO Box 578,   Alton, IL 62002-0578
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank Of America N.A. Et al.,
cr             Citibank, N.A.,
cr             Nationstar Mortgage LLC
cr             US Bank Trust National Association as Trustee of t
14163916       PNC Bank, PO Box 94982, Cleveland, OH, 44101
14149731*     +Veripro Solutions Inc.,   PO BOX 3572,   Coppell, TX 75019-5538
                                                                                  TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              David Z. Valencik    on behalf of Debtor Mehrdad  Emamzadeh dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

```
District/off: 0315-2          User: dkam              Page 2 of 2            Date Rcvd: May 02, 2019
                              Form ID: pdf900         Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donald R. Calaiaro    on behalf of Debtor Mehrdad  Emamzadeh dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joseph A. Dessoye    on behalf of Creditor   Bank Of America N.A. Et al., pawb@fedphe.com
          Lara Shipkovitz Martin    on behalf of Creditor   Citibank, N.A., lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
          Matthew Travis Eyet    on behalf of Creditor   Nationstar Mortgage LLC meyet@sandelandslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                  TOTAL: 12