**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MEHRDAD EMAMZADEH | Case No.:15-23380 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/14/2015 and confirmed on 11/02/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,721.26 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,721.26 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,463.12 | |
|    Trustee Fee | 5,250.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,713.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF THE IG | 0.00 | 98,069.76 | 0.00 | 98,069.76 |
|   Acct: 0619 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXN RD | | | | |
| US BANK TRUST NA - TRUSTEE OF THE IG | 212,807.73 | 0.00 | 0.00 | 0.00 |
|   Acct: 0619 | | | | |
| MONTOUR SD (THORNBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: D242 | | | | |
| JPMORGAN CHASE BANK NA | 24,833.31 | 14,301.11 | 2,636.99 | 16,938.10 |
|   Acct: 3603 | | | | |
| | | | | 115,007.86 |
| **Priority** | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MEHRDAD EMAMZADEH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CALAIARO VALENCIK | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-23380 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DONALD R CALAIARO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK<br>Acct: | 1,000.00 | 463.12 | 0.00 | 0.00 |
| DONALD R CALAIARO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK<br>Acct: | 9,000.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY*<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 3789 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIPRO SOLUTIONS INC<br>Acct: 8367 | 96,163.94 | 0.00 | 0.00 | 0.00 |
| ALCOSAN**<br>Acct: 1180 | 0.00 | 0.00 | 0.00 | 0.00 |
| NELNET O/B/O COLLEGE ASSIST<br>Acct: 3964 | 17,960.10 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN<br>Acct: 6429 | 84.46 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 8473 | 7,341.45 | 0.00 | 0.00 | 0.00 |
| VERIPRO SOLUTIONS INC<br>Acct: 8367 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MATTHEW T EYET ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

| TOTAL PAID TO CREDITORS | | 115,007.86 |
|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 237,641.04 |
| UNSECURED | 121.549.95 |

Date: 06/10/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com